In the Matter of the Application of FEUER TRANSPORTATION, INC., for an Order Restraining Arbitration by LOCAL UNION 445, INTERNATIONAL BROTHER-

HOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.; Glennon, J., taking no part. [See *ante*, p. 934.]